# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 19-12153 (KBO) <br><br> (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> DIAMOND E. TRUCKING, INC., <br><br> Defendant. | Adv. Proc. No. 21-50208 (KBO) |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Diamond E. Trucking, Inc. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Defendant may answer, move, or otherwise plead in response to the *Complaint* [D.I. 1] in the above-captioned

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

adversary proceeding is hereby extended to and including April 30, 2021.

    2.    Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved.

| | |
|---|---|
| Dated: March 31, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Andrew W. Caine (CA Bar No. 110345) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:   bsandler@pszjlaw.com |
| |            acaine@pszjlaw.com |
| |            pkeane@pszjlaw.com |
| | *Counsel to Plaintiff* |
| | and |
| | TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P. |
| | */s/* Michael A. Crawford |
| | Michael A. Crawford (La. Bar #22315) |
| | Tom S. Easterly (La. Bar #30488) |
| | 450 Laurel Street, 8th Floor |
| | Baton Rouge, LA 70801 |
| | Tel: (225) 387 3221 |
| | Fax: (225) 346-8049 |
| | Email: mike.crawford@taylorporter.com |
| |         tom.easterly@taylorporter.com |
| | *Counsel to Defendant* |